1 Harold M. Jaffe (CASB #57397)
LAW OFFICES OF HAROLD M. JAFFE
2 3521 Grand Avenue
Oakland, CA 94610
3 Tel: (510) 452-2610
Fax: (510) 452-9125
4 email: jaffe510@aol.com

5 Attorney for Defendant FARZAD GAUSI, dba European Quality Electric

6

7

8 **UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 SAN FRANCISCO DIVISION**

10

11 IBEW LOCAL 595 HEALTH & CASE NO. CV11 0943 JCS
WELFARE TRUST FUND, et al.,
12 **STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE**
Plaintiffs,
13
vs.
14
FARZAD GAUSI, dba, EUROPEAN
15 QUALITY ELECTRIC,

16
Defendant. **DOF:** March 1, 2011
17 _____/ **TRIAL DATE:** None Set

18 **IT IS HEREBY STIPULATED** by and between the parties that the Case

19 Management Conference currently set on June 10, 2011, at 1:30 p.m., shall be continued

20 to **June 24, 2011,** at **1:30 p.m.**, before the Honorable Joseph C. Spero.

21 This stipulation may be executed in counterparts, each of which shall be deemed

22 an original, but all of which, together, shall constitute one and the same document.

23 This stipulation shall be effective when signed by facsimile. The parties shall

24 exchange original signatures; however, the failure to exchange original signatures shall

25 not affect in any manner the validity of any document signed by facsimile.

26 ///

27 ///

28 ///

1
STIPULATION TO CONTINUE CMC

1
2
3   DATED: June 3, 2011                    *Harold M. Jaffe*
                                           HAROLD M. JAFFE, Attorney for Defendant
4                                          FARZAD GAUSI, dba European Quality Electric
5
6                                          LEONARD CARDER, LLP
7
8   DATED: June 3, 2011         By:        *Phil A. Thomas*
                                           PHIL A. THOMAS , Attorneys for Plaintiffs
9
10
11  Dated: June 7, 2011

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO CONTINUE CMC