1  CHRISTINE S. HWANG (SBN 184549)
   PHIL A THOMAS (SBN 248517)
2  LEONARD CARDER, LLP
   1188 Franklin St., Suite 201
3  San Francisco, CA 94109
   Tel: (415) 771-6400/Fax: (415) 771-7010
4  chwang@leonardcarder.com
   pthomas@leonardcarder.com
5  Attorneys for Plaintiffs

6
   HAROLD M. JAFFE (SBN 57397)
7  LAW OFFICES OF HAROLD M. JAFFE
   3521 Grand Ave.
8  Oakland, CA 94610
   Tel: (510) 452-2610/Fax: (510) 452-9125
9  jaffe510@aol.com
10 Attorneys for Defendant

11                  UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 IBEW LOCAL 595 TRUST FUNDS, et al.,        CASE NO. 3:11-cv-00943-JCS

14                                            **STIPULATION AND REQUEST
                Plaintiffs,                   FOR CONTINUANCE OF
15      v.                                    MEDIATION DEADLINE**

16 FARZAD GAUSI,

17                Defendant.

18        On June 24, 2011, the Court ordered the parties to engage in mediation through the Court's

19 ADR program within 90 days.  (Docket #19).  The parties were scheduled to engage in mediation on

20 September 13, 2011 but were unable to do so due to a scheduling emergency on the part of Plaintiffs'

21 counsel.  The parties hereby request that the Court's deadline for mediation be continued until

22 December 31, 2011 to enable the parties to complete discovery prior to meeting face to face for

23 mediation.

24 DATED:  October 24, 2011                   DATED:  October 24, 2011
   LEONARD CARDER, LLP                        LAW OFFICES OF HAROLD M. JAFFE
25
26 By:    /s/                                 By:    /s/
        Phil A Thomas                              Harold M. Jaffe
27      Attorneys for Plaintiffs                   Attorneys for Defendant

28

                                      1

I hereby certify that on this 25th day of October, 2011, I caused the foregoing

**STIPULATION AND REQUEST FOR CONTINUATION OF MEDIATION DEADLINE**

to be filed with the Court using the CM/ECF system, which will send notice of such filing to:

**Harold Mitchell Jaffe**
Attorney at Law
3521 Grand Avenue
Oakland, CA 94610
510-452-2610
Fax: 510-452-9125
Email: Jaffe510@aol.com

_/s/ Phil A Thomas_____
Phil A Thomas, CA. Bar No. 248517

Dated: 10/26/11



CERTIFICATE OF SERVICE
Case No.  C10-5684 BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828