CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com
Attorneys for Plaintiffs

HAROLD M. JAFFE (SBN 57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Ave.
Oakland, CA 94610
Tel: (510) 452-2610/Fax: (510) 452-9125
jaffe510@aol.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., <br><br> Plaintiffs, <br> v. <br><br> FARZAD GAUSI, <br><br> Defendant. | CASE NO. 3:11-cv-00943-JCS <br><br> **STIPULATION AND REQUEST FOR CONTINUANCE OF MEDIATION DEADLINE** |

On June 24, 2011, the Court ordered the parties to engage in mediation through the Court's ADR program within 90 days. (Docket #19). The parties were scheduled to engage in mediation on September 13, 2011 but were unable to do so due to a scheduling emergency on the part of Plaintiffs' counsel. The parties hereby request that the Court's deadline for mediation be continued until December 31, 2011 to enable the parties to complete discovery prior to meeting face to face for mediation.

DATED: October 24, 2011                                        DATED: October 24, 2011
LEONARD CARDER, LLP                                         LAW OFFICES OF HAROLD M. JAFFE

By:   /s/                                                                      By:   /s/
   Phil A Thomas                                                            Harold M. Jaffe
   Attorneys for Plaintiffs                                                Attorneys for Defendant

I hereby certify that on this 25th day of October, 2011, I caused the foregoing

**STIPULATION AND REQUEST FOR CONTINUATION OF MEDIATION DEADLINE**

to be filed with the Court using the CM/ECF system, which will send notice of such filing to:

> **Harold Mitchell Jaffe**
> Attorney at Law
> 3521 Grand Avenue
> Oakland, CA 94610
> 510-452-2610
> Fax: 510-452-9125
> Email: Jaffe510@aol.com

         /s/ Phil A Thomas
        Phil A Thomas, CA. Bar No. 248517

Dated: 10/26/11



CERTIFICATE OF SERVICE
Case No.  C10-5684 BHS

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828