Harold M. Jaffe (CASB #57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125
email: jaffe510@aol.com

Attorney for Defendant FARZAD GAUSI, dba European Quality Electric

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>FARZAD GAUSI, dba, EUROPEAN QUALITY ELECTRIC,<br><br>      Defendant.<br>_____ / | CASE NO. CV11 0943 JCS<br><br>[~~PROPOSED~~]<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br><br>**DOF:** March 1, 2011<br>**TRIAL DATE:** None Set |

Based on the Stipulation of the parties;

**IT IS HEREBY ORDERED** that the Case Management Conference currently set on July 13, 2012, at 1:30 p.m., is continued to **August ~~4~~, 2012,** at **1:30 p.m.**

*3 - JCS*

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

DATED: __June 21, 2012__                    _____
                                                         THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE