Harold M. Jaffe (CASB #57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125
email: jaffe510@aol.com

Attorney for Defendant FARZAD GAUSI, dba European Quality Electric

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FARZAD GAUSI, dba, EUROPEAN QUALITY ELECTRIC,<br><br>　　　　Defendant.<br>_____ / | CASE NO. CV11 0943 JCS<br><br>[~~PROPOSED~~]<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br><br>**DOF:** March 1, 2011<br>**TRIAL DATE:** None Set |

　　　Based on the Stipulation of the parties;

　　　**IT IS HEREBY ORDERED** that the Case Management Conference currently set on July 13, 2012, at 1:30 p.m., is continued to **August 4, 2012,** at **1:30 p.m.**

3 - JCS

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

DATED: __June 21, 2012__

_____
THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE