# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW Local 595 Health & Welfare Trust Funds, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Farzad Gausi d/b/a European Quality Electric,<br><br>　　　　Defendant. | Case No.: 3:11-cv-00943-JCS<br><br>**ORDER FOR PLAINTIFFS TO SUBMIT ADDITIONAL EVIDENCE SUPPORTING ATTORNEYS' FEES AND COSTS** |

　　　In addition to the other issues for which the Court has requested supplemental briefing, the Court also orders Plaintiffs to submit adequate evidence supporting their request for attorneys' fees and costs, should they still choose to pursue such fees and costs. The evidence already submitted is inadequate. Plaintiffs must submit (1) the time-sheets accounting for the hours and tasks performed; (2) evidence that the hourly rate is reasonable under the applicable standard; and (3) evidence that the number of hours are reasonable.

　　　IT IS SO ORDERED.

Dated: October 30, 2012

_____
Joseph C. Spero
United States Magistrate Judge