1  CHRISTINE S. HWANG (SBN 184549)
2  SARA B. TOSDAL (SBN 280322)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, CA 94109
4  Tel: (415) 771-6400
   Fax: (415) 771-7010
5  chwang@leonardcarder.com
6  stosdal@leonardcarder.com
   *Attorneys for Plaintiffs*
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 IBEW LOCAL 595 TRUST FUNDS, et al.,    Case No. 3:11-cv-00943-JCS

12         Plaintiffs,
                                          **NOTICE OF CONDITIONAL
13 v.                                     SETTLEMENT**

14 FARZAD GAUSI d/b/a/ EUROPEAN
15 QUALITY ELECTRIC,

16         Defendant.

17

18    Notice is hereby given that the parties have executed a settlement agreement resolving all
19 claims in the above-captioned action and request that the Court continue all current dates and
20 deadlines until after December 31, 2015 to allow Defendant to satisfy his obligations under the
21 Settlement Agreement and for Plaintiff to file a dismissal. The parties request that the Court
22 vacate the Case Management Conference scheduled for April 12, 2013, and reserve the first
23 available Friday in 2016 for a Further Case Management Conference in this matter.

24 Dated: April 5, 2013                   Respectfully submitted,
                                          LEONARD CARDER, LLP
25
                                          By: /s/ Sara B. Tosdal
26                                        Christine S. Hwang
27                                        Sara B. Tosdal
                                          *Attorneys for Plaintiff*
28

                                1
                NOTICE OF CONDITIONAL SETTLEMENT
                   CASE NO. 3:11-cv-00943-JCS

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONDITIONAL SETTLEMENT** with the Clerk of the Court for the United States Northern District of California by using the CM/ECF system on **April 5, 2013**, which will send notice of such filing to:

**Harold Jaffe**
3521 Grand Avenue
Oakland, CA 94610
*Jaffe510@aol.com*

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 5, 2013** at San Francisco, California.

_____
Nicole Bridges

IT IS HEREBY ORDERED that the request to vacate the 4/12/13 case management conference is DENIED.
Dated: 4/8/13



DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CERTFICATE OF SERVICE