CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FARZAD GAUSI d/b/a/ EUROPEAN QUALITY ELECTRIC, <br><br> Defendant. | Case No. 3:11-cv-00943-JCS <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

Notice is hereby given that the parties have executed a settlement agreement resolving all claims in the above-captioned action and request that the Court continue all current dates and deadlines until after December 31, 2015 to allow Defendant to satisfy his obligations under the Settlement Agreement and for Plaintiff to file a dismissal. The parties request that the Court vacate the Case Management Conference scheduled for April 12, 2013, and reserve the first available Friday in 2016 for a Further Case Management Conference in this matter.

Dated: April 5, 2013

Respectfully submitted,
LEONARD CARDER, LLP

By: _____
Christine S. Hwang
Sara B. Tosdal
*Attorneys for Plaintiff*

1

NOTICE OF CONDITIONAL SETTLEMENT
CASE NO. 3:11-cv-00943-JCS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF CONDITIONAL SETTLEMENT** with the Clerk of the Court for the United States Northern District of California by using the CM/ECF system on **April 5, 2013**, which will send notice of such filing to:

**Harold Jaffe**
3521 Grand Avenue
Oakland, CA 94610
*Jaffe510@aol.com*

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 5, 2013** at San Francisco, California.

_____
Nicole Bridges

IT IS HEREBY ORDERED that the request to vacate the 4/12/13 case management conference is DENIED.
Dated: 4/8/13



DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA